# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | |
|---|---|
| David Monson and Wayne Hauge, ) | |
| ) | **ORDER GRANTING MOTION TO** |
| Plaintiffs, ) | **ADMIT JOSEPH E. SANDLER** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| Drug Enforcement Administration and ) | |
| United States Department of Justice, ) | |
| ) | Case No. 4:07-cv-042 |
| Defendants. ) | |

Before the court is a motion filed by the Plaintiffs for attorney Joseph E. Sandler to appear *pro hac vice* on their behalf. In accordance with Local Rule 79.1(D), Mr. Sandler has affirmed to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fee to the office of the clerk. Accordingly, the Plaintiffs' motion (Docket No. 5) is **GRANTED**. Attorney Joseph E. Sandler is admitted to practice before this court in this matter on the Plaintiffs' behalf.

**IT IS SO ORDERED.**

Dated this 16th day of July, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge