UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| DAVID MONSON and<br>WAYNE HAUGE,<br><br>          Plaintiffs,<br><br>v.<br><br>DRUG ENFORCEMENT<br>ADMINISTRATION and UNITED STATES<br>DEPARTMENT OF JUSTICE,<br><br>          Defendants. | **ORDER**<br><br>Civil File No. 4:07-cv-00042 (DLH/CSM) |

Based upon the Stipulation executed by the parties hereto,

IT IS HEREBY ORDERED that the Drug Enforcement Administration and the Department of Justice shall have until October 19, 2007, to file a consolidated (1) response to Plaintiffs' Motion for Summary Judgment, and (2) reply in further support of their Motion to Dismiss. That consolidated brief shall not exceed twenty-five (25) pages. Plaintiffs shall then have until October 26, 2007, to file a reply, not to exceed seven (7) pages, in further support of their Motion for Summary Judgment.

Dated: 9/25/2007

                                                CHARLES S. MILLER
                                                UNITED STATES MAGISTRATE JUDGE